**No. 42081.**—Petitions 5654–R, etc., of Geo. Wm. Rueff, Inc. (New Orleans).

Opinion by Cline, J.   Being of the opinion that there was no intention to defraud the revenue of the United States, or to conceal or misrepresent the facts, or to deceive the appraiser the court granted one petition.   The other petition, which was not verified in accordance with rule 29, was dismissed.

Before the Second Division, September 8, 1939

**No. 42082.**—Protest 77376–G of R. H. Macy & Co., Inc. (New York).

Opinion by Tilson, J.   In accordance with stipulation of counsel Normandy laces similar to those involved in *Amrein* v. *United States* (T. D. 49551), window curtains like those passed upon in *Billwiller* v. *United States* (T. D. 44911), silk veils similar to those involved in *United States* v. *Ramig* (17 C. C. P. A. 365, T. D. 43809), and filet articles similar to the merchandise covered by *United States* v. *Jabara* (22 id. 77, T. D. 47065) were held dutiable at 75 percent under paragraph 1430 as claimed.

**No. 42083.**—Protest 94628–G of R. H. Macy & Co. Inc. (New York).

Opinion by Tilson, J.   The record showed that certain items consist of Normandy laces, embroidered-cotton net curtains, articles embroidered and in part of laces, and embroidered-lace window curtains similar to those the subject of *Amrein* v. *United States* (T. D. 49551).   The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 42084.**—Protest 102215–G of Abraham & Straus, Inc. (New York).

Opinion by Tilson, J.   In accordance with stipulation of counsel articles embroidered and in part of lace, similar to those involved in *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396), and laces like those the subject of *Amrein* v. *United States* (T. D. 49551) were held dutiable at 75 percent under paragraph 1430 as claimed.

**No. 42085.**—Protest 278616–G of R. H. Macy & Co., Inc. (New York).

Opinion by Tilson, J.   It was stipulated that certain items consist of laces similar to those involved in *Amrein* v. *United States* (T. D. 49551) and embroidered galloons in part of net like those passed upon in *Ramig* v. *United States* (17 C. C. P. A. 365, T. D. 43809).   The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 42086.**—Protests 248250–G, etc., of J. Sternfeld, Inc., et al. (New York).

Opinion by Tilson, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.